# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00157-AB |
| **v.** | **INFORMATION** |
| **DAMON BROOKS RICE,** | **18 U.S.C. § 1163** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Theft from an Indian Tribal Organization)**
**(18 U.S.C. § 1163)**

On or about July 11, 2025, within the District of Oregon, defendant **DAMON BROOKS RICE** did steal and knowing and willfully covert to his own use property, to wit: a 2022 Kubota excavator and a Big Tex utility trailer, the value of which was over $1,000, which was then entrusted to the custody and care of the Department of Natural Resources for the Confederated Tribes of the Umatilla Indian Reservation, an Indian tribal organization;

In violation of Title 18, United States Code, Section 1163.

Dated: May 14, 2026

 Respectfully, submitted:

SCOTT E. BRADFORD
United States Attorney

*/s/ Kate A. Rochat*_____
KATE A. ROCHAT, OSB #184324
Assistant United States Attorney

**Information**                                                                                                    **Page 1**